07CV8146 (JSR) CLOSED

#3

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:06-cv-04661-KSH-PS
### Internal Use Only

WALKER v. N.V.E. PHARMACEUTICALS, INC. et al
Assigned to: Judge Katharine S. Hayden
Referred to: Magistrate Judge Patty Shwartz
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/27/2006
Date Terminated: 09/21/2007
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**
**KELLY WALKER**

V.

**Defendant**
**N.V.E. PHARMACEUTICALS, INC.**

**Defendant**
**N.V.E., INC.**

**Defendant**
**ROBERT OCCHIFINTO**
*(individually and as officer or agent of N.V.E., INC.)*

**Defendant**
**ZAMZAM, INC.**



| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2006 | 1 | NO Certified Copy of Transfer Order and docket received, Case transferred in from District of SUPERIOR CT OF STATE OF CONNECTICUT; Case Number FBT CV 04 4004190 S. Original file certified copy of transfer order and docket sheet NOT received., filed by KELLY WALKER.(dr, ) Additional attachment(s) added on 10/5/2006 (dr, ). (Entered: 10/03/2006) |
| 09/21/2007 | 2 | CERTIFIED COPY OF ORDER purs to MDL transferring action to the USDC for the Southern District of New York (sr, ) (Entered: 09/21/2007) |
| 09/21/2007 |   | ***Civil Case Terminated. (sr, ) (Entered: 09/21/2007) |