UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCKET NO. 04 M.D. 1598 (JSR)

================================
IN RE EPHEDRA PRODUCTS
LIABILITY LITIGATION
================================

KELLY WALKER,

    Plaintiff,

v.

N.V.E. PHARMACEUTICALS, INC., et al.

    Defendants.
================================

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-07

PERTAINS TO DOCKET NO. 1:07-cv-8146 (JSR); 1:06-cv-13024 (JSR)

### STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to this Court's Case Management Order No. 2, Plaintiff Kelly Walker, and Defendants N.V.E. Pharmaceuticals, Inc.; N.V.E., Inc. ("NVE, Inc."); Robert Occhifinto (individually and as an officer or agent of N.V.E., Inc.); and ZamZam, Inc., by and through counsel, being in agreement, hereby advise the Court that Plaintiff's Complaint against all Defendants, including Bashier Wholesale Distributors, Inc., should be dismissed, with prejudice, each party to bear its own costs.

Based upon the agreement of the parties as set forth above;

IT IS ORDERED that Plaintiff's Complaint against all Defendants, be, and the same is hereby, DISMISSED, with prejudice, each party to bear its own costs.

SO ORDERED this 11th day of December, 2007.

_____
JED S. RAKOFF
JUDGE, UNITED STATES DISTRICT COURT

SO STIPULATED:

_____
James V. Sabatini
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111
Tel: (860) 667-0839

*Attorneys for Plaintiff*

_____
Steven Kirsch, Esq.
Murnane Brandt
30 East 7th Street, Suite 3200
St. Paul, Minnesota 55101
Tel: (651) 227-9411
Fax: (651) 223-5199
E-mail: skirsch@murnane.com

*Attorneys for Defendants NVE, Inc. and Robert Occhifinto*

SEE ATTACHED
Christopher Buccini
Esty & Buckmir, L.L.C.
715 State Street
New Haven, CT 06511
Tel: (203) 495-9999

*Attorneys for Defendant ZamZam, Inc.*

_____
Christopher Buccini
Esty & Buckmir, L.L.C.
715 State Street
New Haven, CT 06511
Tel: (203) 495-9999

*Attorneys for Defendant ZamZam, Inc.*